## LAIKIND *v.* ATTORNEY GENERAL OF NEW YORK

No. 68. Decided March 2, 1970

*Victor Konow* for appellant.

*Louis J. Lefkowitz,* Attorney General of New York, *pro se, Samuel A. Hirshowitz,* First Assistant Attorney General, and *Warren M. Goidel,* Assistant Attorney General, for appellee.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed for want of a final judgment.

MR. JUSTICE DOUGLAS is of the opinion that further consideration of the question of jurisdiction should be postponed to the hearing of the case on the merits.